# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KRYSTAL SMITH, TRUMAINE HARDY, BRYCE LUCAS, BENJAMIN CREECH, JEFFREY O'MALLEY, ROBERT HENRY, ETHAN JANTZ, CHRIS COWDREY, GABRIELA CAMPOS, and TAYLOR STEELE *On behalf of themselves individually, and On behalf of all others similarly situated* | |
| | Federal Court No. _____ |
| Plaintiffs, | Circuit Court No. 2017-L-002058 |
| v. | NOTICE OF REMOVAL (28 U.S.C. § 1446) |
| BOW & TRUSS, LLC, DOEJO, LLC; PHILIP TADROS, and DARREN MARSHALL | |
| Defendants. | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

The Defendants, BOW & TRUSS, LLC, DOEJO, LLC, PHILIP TADROS, and DARREN MARSHALL ("Defendants"), by and through their attorneys, hereby remove this cause of action from the Circuit Court of Cook County, Illinois, First Municipal District, to this United States District Court for the Northern District of Illinois, Eastern Division. Removal of this action is proper under 28 U.S.C. §§ 1441(a) and 1446(a) and (b), for the reasons set forth below. Defendants respectfully state that the grounds for removal to this Court are as follows:

### RELEVANT PROCEDURAL HISTORY

1. On February 27, 2017, Plaintiffs, Krystal Smith, Trumaine Hardy, Bryce Lucas, Benjamin Creech, Jeffrey O'Malley, Robert Henry, Ethan Jantz, Chris Cowdrey, Gabriela Campos, and Taylor Steele, on behalf of themselves individually, and on behalf of all others

similarly situated ("Plaintiffs"), filed a civil action against Defendants captioned KRYSTAL SMITH, TRUMAINE HARDY, BRYCE LUCAS, BENJAMIN CREECH, JEFFREY O'MALLEY, ROBERT HENRY, ETHAN JANTZ, CHRIS COWDREY, GABRIELA CAMPOS, and TAYLOR STEELE on behalf of themselves individually, and on behalf of all others similarly situated v. BOW & TRUSS, LLC, DOEJO, LLC; PHILIP TADROS, and DARREN MARSHALL, Case No. 2017-L-002058, in the Circuit Court of Cook County, Illinois, First Municipal District. A copy of the Complaint is attached hereto as Exhibit A.

2. Defendants have not yet been served with a copy of the Complaint; however, because the action was filed on February 27, 2017, Defendants have filed to remove less than the time period required in 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL AND JURISDICTION

3. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) and (b), Defendants remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, which is the judicial district in which the action is pending.

4. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States . . . ." This Court has original jurisdiction over "federal question" cases, *i.e.*, those cases "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5. In their Complaint, Plaintiffs assert a claim, among other claims, that Defendants violated the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, by not paying them overtime compensation and wages and tips owed during the course of their employment. (*See* **Ex. A**, ¶¶ 1, 30-44, 62-72) Removal of this action is, therefore, proper under 28 U.S.C. §§ 1331

and 1441(a) because this is a civil action brought in state court over which the federal district courts would have original jurisdiction. *See also* 29 U.S.C. § 216(b) (providing that an action under the Fair Labor Standards Act can be brought in federal court).

6. Plaintiffs further allege that Defendants violated the Illinois Wage Payment and Collection Act, 820 ILCS § 115/1, *et seq.*, the Illinois Minimum Wage Law, 820 ILCS § 105/1, *et seq.*, and the Chicago Minimum Wage Ordinance, Chi. Mun. Code § 1-24-010, *et seq*. The United States District Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 because Plaintiffs' state law claims and allegations are so related to their federal cause of action that they form part of the same case or controversy.

7. This Notice of Removal is timely under 28 U.S.C. § 1446(a) and (b) because, although Defendants have not been served with the Complaint, the Complaint was filed on February 27, 2017 (i.e., less than thirty days' ago).

8. Defendants have also filed this Notice of Removal in the proper Division of this Court under 28 U.S.C. § 93(a)(1) and 28 U.S.C. § 1441(a), as Cook County, Illinois is within the venue of the U.S. District Court for the Northern District of Illinois, Eastern Division. Defendants reside or do business within the Eastern Division of the Northern District of Illinois. Upon information and belief, all of the Plaintiffs reside within the Eastern Division of the Northern District of Illinois.

9. Defendants' counsel will serve a written Notice of Filing of this Notice of Removal on Plaintiffs' counsel and a written Notice of Removal to the Circuit Court, as required by 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal.

10. All Defendants have consented to the removal of this case.

## RESERVATION OF RIGHTS/DENIAL OF LIABILITY

11. Nothing in this Notice of Removal is intended or should be construed as any type of express or implied admission by Defendants of any fact alleged by Plaintiffs, of the validity or merits of any of Plaintiffs' allegations, or of any liability for the same, each of which are hereby expressly denied, or as any type of express or implied waiver or limitation of any of Defendants' rights, claims, remedies, and defenses in connection with this action, all of which are hereby expressly reserved. Further, by filing this Notice of Removal, Defendants do not intend to waive, and hereby reserve, any objection as to service, personal jurisdiction, and all other procedural and substantive defenses which are available to them.

WHEREFORE, Defendants respectfully request that the above-captioned action now pending in Circuit Court of Cook County, Illinois be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: March 7, 2017

Respectfully Submitted,

BOW & TRUSS, LLC, DOEJO, LLC, PHILIP TADROS, and DARREN MARSHALL

By: /s/Antonio Caldarone
　　Attorney for Defendants

Antonio Caldarone
Laner Muchin, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60654
Phone: (312) 467-9800
acaldarone@lanermuchin.com

**CERTIFICATE OF SERVICE**

Antonio Caldarone, an attorney, hereby certifies that he caused the foregoing **Notice of Removal to the United States District Court for the Northern District of Illinois** in the above-captioned matter to be served on the parties below, via e-mail and U.S. Mail, on this 7th day of March, 2017, addressed to:

>Cameron & Kane, LLC
>Colin Cameron
>Scott Kane Stukel
>2864 N. Milwaukee Ave.
>Chicago, IL 60618
>Telephone No.: (872) 588-0727
>Facsimile No.: (312-268-7478
>Email: scott@cameronandkane.com
>Email: colin@cameronandkane.com

/s/Antonio Caldarone